# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

  Plaintiff,      Case No. 3:16MJ00342

 -vs-        Chief Magistrate Judge Sharon L. Ovington

ZACHARY SIZEMORE,

  Defendant.

## REMOVAL ORDER

  This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued upon a Complaint in the United States District Court for the Eastern District of New York.

  Defendant appeared in open Court on November 29, 2016, for an Initial Appearance. On advice of counsel, Defendant waived proof that he is the person named in the Complaint and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

  **IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the Eastern District of New York where the charges are pending against him, and for any other proceedings, as ordered by that court.

  **IT IS FURTHER ORDERED** that bond is continued as set by separate Order

Setting Conditions of Defendant's Release.

November 29, 2016

                s/ Sharon L. Ovington
                Sharon L. Ovington
             Chief United States Magistrate Judge